CLERK, U.S. DISTRICT COURT

FEB 2 4 2025

CENTRAL DISTRICT OF CAL.
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Vester L. Patterson | CASE NUMBER |
|---|---|
| | 2:24-cv-07272-FMO-MAA |
| **PLAINTIFF(S)** | |
| v. | |
| Chance Andes | **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |
| **DEFENDANT(S).** | |

On _2/24/2025_____, the Court received the attached

☐ Complaint  ☑ Petition ☐ Notice of Removal, captioned _Petition for Permission to file, Petition for a writ of habeas_

☒ other document(s), entitled _Request for judicial notice, Notice of bail application_

from _Vester L. Patterson_____, who was found by the Court on _4/29/1999_____

in case number _2:99-cv-00369-AAH(RC_ to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☒ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☐ Submission of document(s) for filing requires a Motion for Leave to File.

☐ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $_____ must be posted in order to proceed.

☐ Other :

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the ☐ assigned magistrate judge ☐ assigned district judge ☐ Chief Judge for review.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ IT IS HEREBY ORDERED that the document(s) presented:
        ☐ be filed in the above-captioned case.
        ☐ be filed in case number _____.
        ☐ be filed as a new case.

or

☒ IT IS RECOMMENDED that the document(s) presented not be filed. The Clerk is directed to forward this recommendation to the appropriate district judge for review.

_03/12/2025_____         _____
Date                                          United States Magistrate Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY ORDERED that the document(s) presented

☒ not be filed.
☐ be filed in the above-captioned case.
☐ be filed in case number _____.
☐ be filed as a new case.

_March 13, 2025_____         _/s/  Fernando M. Olguin_____
Date                                          United States District Judge

CV-115 (04/2018)                    **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT**